**Gayle Gene S. NAVEY, Plaintiff–Appellant,**

v.

**VIRGINIA BEACH CITY PUBLIC SCHOOLS, Defendant–Appellee.**

No. 11–2216.

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2012.

Decided: April 27, 2012.

Gayle Gene S. Navey, Appellant Pro Se. Elaine Inman Hogan, Crenshaw Ware & Martin, PLC, Norfolk, Virginia, for Appellee.

Before WILKINSON, GREGORY, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gayle Gene S. Navey appeals the district court's order dismissing her employment discrimination suit for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. *Navey v. Va. Beach City Pub. Schs.*, No. 2:11–cv–00142–RAJ–TEM (E.D.Va. Sept. 28, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*